**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**ST. LOUIS DIVISION**

| | |
|---|---|
| In Re: | Chapter 13 |
| | Case No. 19-41447 |
| Christopher T. Knight | |
| Melissa L. Knight | |
| | |
| Debtors | |

**NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM STAY**

The captioned document, "*Motion for Relief from Automatic Stay*" filed on behalf of U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 BKM-TT on May 25, 2021 (Docket #56) is hereby withdrawn.

    Respectfully submitted,
    MARINOSCI LAW GROUP, P.C.

    /s/ David V. Noyce
    David V. Noyce, 56116MO
    11111 Nall Avenue, Suite 104
    Leawood, KS 66211
    dnoyce@mlg-defaultlaw.com
    ecf@mlg-defaultlaw.com
    Ph: (913) 800-2021
    Fax: (913) 257-5223

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the Notice of Withdrawal was filed electronically on August 8, 2021, with the United States Bankruptcy Court, and has been served electronically by the Court's CM/ECF System to the following parties:

Brent S. Westbrook
Westbrook Law Group, LLC
515 Jefferson St., Suite C
Saint Charles, MO 63301

Diana S. Daugherty
Chapter 13 Trustee
P. O. Box 430908
St. Louis, MO 63143

U.S. Trustee
Office of the US Trustee
111 S. Tenth St., Ste 6.353
St. Louis, MO 63102


I certify that a true and correct copy of the Notice of Withdrawal was placed in United Stated mail postage prepaid on August 8, 2021 to the following non-CM/ECF parties:

Christopher T. Knight
415 Mississippi
Crystal City, MO 63019

Melissa L. Knight
415 Mississippi
Crystal City, MO 63019


/s/ David V. Noyce
David V. Noyce #56116MO